UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                                                                   CHAPTER 13 PROCEEDING:
RENE & VIVIAN GALVAN                                       05-20043-C-13
DEBTORS

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.   Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Thursday, Jan 6, 2005.

    2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.   Trustee has been unable to locate the following creditor at the address listed below.

    ODEM LOANS
    PO BOX 566
    ODEM, TX  78370

    5.   As a result, funds owed to the creditor in the amount of $37.35 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Fri, February 19, 2010

                                                                                          Cindy Boudloche
                                                                                          Chapter 13 Trustee
                                                                                          555 N. Carancahua  Ste 600
                                                                                          Corpus Christi, TX  78478
                                                                                          (361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING: |
| RENE & VIVIAN GALVAN | 05-20043-C-13 |
| DEBTORS | |

### CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Feb 19, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

RENE AND VIVIAN GALVAN
PO BOX 672
ODEM, , TX  78370

JAN SHEPHARD
410 SPID STE 210
CORPUS CHRISTI, TX  78405

ODEM LOANS
PO BOX 566
ODEM, TX  78370